### In re ELECTRIC POWER CO. OF STATEN ISLAND.

(Supreme Court, Appellate Division, Second Department.    April 7, 1896.)

Appeal from special term, Richmond county.

Proceeding for the voluntary dissolution of the Electric Power Company of Staten Island, by certain creditors of the corporation, from that part of the order dissolving the corporation which provides for the cancellation of the bonds of the Richmond Light, Heat & Power Company to the amount of $63,700, now held by the receiver.    Affirmed.

Argued before BROWN, P. J., and PRATT, CULLEN, BARTLETT, and HATCH, JJ.

Austin B. Fletcher, for appellants.
Frank H. Platt, for respondents.

PER CURIAM.    That portion of the order of dissolution which is appealed from in this proceeding should be affirmed, for the reasons given in the opinion in Beebe v. Power Co. (decided herewith) 38 N. Y. Supp. 395.